# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JULIAN CRUZ GOMEZ,**
**Petitioner,**
**v.**

**WARDEN, et al.,**
**Respondents.**

**NO. 5:26-cv-04400-MRA-KS**

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections were filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Judgment shall be entered granting the unopposed Petition; (2) a writ of habeas corpus shall issue as follows: IT IS ORDERED that Respondents **IMMEDIATELY RELEASE PETITIONER (A-File No. 236-700-397)** on the same conditions that were in place before his detention on May 8, 2026, and that Respondents return all of Petitioner's property, including all identification and immigration documentation; and (3) Respondents are enjoined from re-detaining Petitioner without notice and a meaningful opportunity to be heard before a neutral decisionmaker.

Respondents shall file a notice within three (3) days confirming Petitioner's release.

DATED: November 9, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE