JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JULIAN CRUZ GOMEZ,**<br>**Petitioner,**<br>**v.**<br>**WARDEN, et al.,**<br>**Respondents.** | **NO. 5:26-cv-04400-MRA-KS**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"), IT IS ADJUDGED that the pending Petition is GRANTED and a writ of habeas corpus shall issue consistent with the terms of the Order.

DATED: November 9, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE